No. D–2393. IN RE DISCIPLINE OF FRANKEL. Mark David Frankel, of York, Pa., is suspended from the practice of law in

this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.